IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            )
                                    )
            v.                      ) Criminal No. 16-218
                                    )
KRASIMIR NIKOLOV                    )

**POSITION OF DEFENDANT**
**WITH RESPECT TO SENTENCING FACTORS**

    AND NOW, comes the defendant, Krasimir Nikolov, by his attorney, Jay J. Finkelstein, Assistant Federal Public Defender, and respectfully files this Position of Defendant with Respect to Sentencing Factors pursuant to Local Rule 32.

1. Undersigned counsel and Mr. Nikolov have reviewed the Presentence Investigation Report.

2. Mr. Nikolov has no objection to the advisory guidelines set forth in the Presentence Investigation Report and the calculations set forth therein.

3. Counsel reserves the right to file a Memorandum in Aid of Sentencing regarding all relevant matters prior to the sentencing hearing.

                               Respectfully submitted,

                               **S/ Jay J. Finkelstein**
                               Jay J. Finkelstein
                               Assistant Federal Public Defender
                               Attorney I.D. No. 42943